

# Fourth Court of Appeals
## San Antonio, Texas

January 20, 2022

No. 04-21-00420-CV

Juliann **CASTRO,**
Appellant

v.

**SCHLUMBERGER TECHNOLOGY CORPORATION** and Christopher Jones,
Appellees

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 19-03-25646-CV
The Honorable Daniel J. Kindred, Judge Presiding

# O R D E R

On December 30, 2021, Andrea R. Morris, an attorney of record for Appellees Schlumberger Technology Corporation and Christopher Jones, filed an unopposed Motion to Withdraw as Counsel. The motion substantially complies with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 6.5.

Counsel's motion to withdraw is GRANTED.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of January, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court